UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, )<br>Secretary of Labor, )<br>United States Department of Labor, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUZANNE CLIFTON, an Individual; )<br>JAMES O. MCLAMB, JR., an Individual; )<br>CASTLETON GROUP, INC., a North )<br>Carolina Corporation; CASTLETON GROUP )<br>RETIREMENT SAVINGS PLAN; )<br>CASTLETON GROUP, INC. GROUP )<br>HEALTH PLAN, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>5:10-CV-00004-FL |

## ORDER APPROVING THE DISMISSAL OF DEFENDANT JAMES O. MCLAMB, JR.

Plaintiff Hilda L. Solis, Secretary of Labor, United States Department of Labor ("the Secretary") has moved the Court to approve her dismissal of the Complaint as to Defendant James O. McLamb, pursuant to Fed. R. Civ. P. 41(a)(1)(B). For good cause shown, the Secretary's Motion is GRANTED. In light of this dismissal, the presence of Mr. McLamb is no longer required at the settlement conference scheduled for July 28, 2010, in this matter.

This  16th  day of July, 2010.

_____
Chief United States District Judge
Louise W. Flanagan